1:18MJ4057-JDG

# AFFIDAVIT

I, Miranda Helmick, a Task Force Officer (TFO) with the Department of Homeland Security (HSI), Cleveland Division, and a Special Investigator (SI) with The Ohio Internet Crimes Against Children Task Force (OH ICAC), being duly sworn on oath, hereby depose and state as follows:

1. Affiant is an investigative and law enforcement officer of the United States within the meaning of Title 18 U.S.C. 2510(7) as a TFO with HSI. Affiant is authorized to conduct investigations, execute warrants issued under the authority of the United States and to make arrests for offenses enumerated in Title 18 U.S.C. §§ 2422, 2252 and 1470.

2. I have been employed as a TFO with HSI since May 2016 and as a SI with OH ICAC since September 2014. While employed by HSI and OH ICAC, I have investigated federal criminal violations related to cyber-crime, child exploitation and child pornography. I have gained experience through training and everyday work related to conducting these types of investigations.

3. I have probable cause to believe that ISIDRO LARA-SOSA, DOB: XX/XX/1985 [redacted], attempted to entice a minor in violation of 18 U.S.C. § 2422(b). I submit this application and affidavit in support of a criminal complaint against Isidro LARA-SOSA and request an arrest warrant be issued for the same.

4. This affidavit is being submitted for the limited purpose of establishing probable cause that Isidro LARA-SOSA violated 18 U.S.C. § 2422(b), enticement of a minor.

   a. 18 U.S.C. § 2422(b) prohibits a person from knowingly using the mail or any facility or means of interstate commerce to persuade, induce, entice, or coerce any individual, or attempts to do so, who has not attained the age of 18 years, to engage in

prostitution or any sexual activity for which any person can be charged with a criminal offense.

## PROBABLE CAUSE

5. Affiant avers that on or about April 18, 2017, she was conducting an undercover investigation on Facebook.com, a social networking website. Affiant was online in an undercover capacity, posing as a 14-year-old female child living in Brookpark, Ohio (UC). UC was operating in Cuyahoga County, Northern District of Ohio, Eastern Division. On or about April 18, 2017, UC received a friend request and private chat messages from a user with the Facebook screenname "Isidro Lara". Affiant has viewed the Facebook account of Isidro LARA-SOSA and knows that this user identifies himself as a male with a location of Seymour, Indiana.

6. Isidro LARA-SOSA originally contacted UC through private chat messages on or about April 18, 2017, with Isidro LARA-SOSA asking how old UC was, to which affiant stated, 14 years of age. Isidro LARA-SOSA stated that he was almost 32 years of age and lived in Indiana. Isidro LARA-SOSA continued to state that he would like to drive from Indiana to Ohio to hang out with the 14-year-old female child. When asked what he meant by hanging out, Isidro LARA-SOSA stated he would want to stay with the 14-year-old female child and "do fun stuff in bed." Isidro LARA-SOSA explained that he would undress the 14-year-old female child and she would like it when he would "touch, kiss and lick your pussy." Isidro LARA-SOSA asked UC to send pictures to him to which affiant sent a face picture. Isidro LARA-SOSA stated that he wanted pictures with less clothes. UC told Isidro LARA-SOSA she would not send nude images. Isidro LARA-SOSA then asked if UC "ever play with your pussy?" Isidro LARA-SOSA also told UC that he would make her touch his penis and put his penis in her mouth and make her "lick it and suck it." Isidro LARA-SOSA also stated that the 14-year-old female child

would "have to taste my cum and drink it like a good girl." On or about April 18, 2017, Isidro LARA-SOSA continued to tell UC that he was horny and transmitted two images of an erect penis. UC asked if the images were of Isidro LARA-SOSA, to which, Isidro LARA-SOSA stated that the images of the erect penis were of himself. UC told Isidro LARA-SOSA that he didn't have to send those images because she was not going to send nude images to him. Isidro LARA-SOSA stated that he would be looking at UC's images and play with himself. Isidro LARA-SOSA also provided a phone number of (812) 521-5513 to affiant.

7. Communication continued via Facebook messenger private chat messages between Isidro LARA-SOSA and UC, in April 2017. During these messages, Isidro LARA-SOSA indicated interest in traveling several times to meet and engage in sexual activity as well as admitting that he was talking with other minor children in the same manner. The other minor children were friends of affiant's undercover account and were other law enforcement officers, posing as minor children. Additionally, Isidro LARA-SOSA indicated that he had a minor son and had frequent visitation with his minor son.

8. In May 2017, Isidro LARA-SOSA continued to communicate with UC and promised UC, on multiple occasions, that he was traveling from Indiana to Ohio, to engage in sexual activity with the 14-year-old female child. On or about May 5, 2017, Isidro LARA-SOSA indicated he was on his way to Ohio to meet with UC and would arrive at approximately 10:35 am. Isidro LARA-SOSA then stated that his vehicle overheated on Highway 275 in Cincinnati, Ohio, and he was unable to drive to meet UC. Isidro LARA-SOSA promised that he would travel to Ohio to engage in sexual activity, once he fixed his vehicle. On or about May 31, 2017, Isidro LARA-SOSA continued to tell UC that she turned him on and continued to transmit an image depicting a semi-erect penis with text over the penis "Do you think this will fit inside your

pussy?" Isidro LARA-SOSA then transmitted three video clips depicting himself masturbating his erect penis over a toilet in a bathroom and ejaculating.

9. Conversation continued into June and early July, 2017, with general conversation between Isidro LARA-SOSA and UC and then communication ceased and affiant was unable to access the Facebook profile for Isidro LARA-SOSA. On or about July 7, 2017, affiant referred the case to the Indiana Internet Crimes Against Children Task Force (IN ICAC).

10. On or about February 15, 2018, affiant received a private message request on her undercover Facebook profile messenger account from a male with the name "Isidro Lara." The male user did not have an active Facebook profile page but the profile image displayed, matched the profile pictures of Isidro LARA-SOSA who had previously communicated with UC in 2017. Isidro LARA-SOSA initiated private messages on or about February 23, 2018, and asked where UC was located. UC stated she was in Ohio and Isidro LARA-SOSA stated that he wanted to pick the UC up. Communication continued in February 2018 with Isidro LARA-SOSA asking UC to send him pictures as well as talking about an interest in traveling to Ohio to engage in sexual activity. Isidro LARA-SOSA asked the UC "you wanna see me how I play with my dick thinking about you send me a video call."

11. In March 2018, Isidro LARA-SOSA continued to ask the UC about engaging in sexual activity and stated that he would be traveling to Ohio. On or about March 16, 2018, at approximately 7:50 am, UC received a message from Isidro LARA-SOSA stating that he was on his way to Ohio to meet UC and engage in sexual activity. Isidro LARA-SOSA stated it would take him approximately five (5) hours to travel from his residence in Indiana to where he believed UC resided in Ohio. Isidro LARA-SOSA stated that he would also bring condoms and told UC that he wanted her to do everything he asked, especially anal sex. Isidro LARA-SOSA

4

then asked, "You are 14 right?" UC replied that she was 14 years of age. Isidro LARA-SOSA then stated that he would arrive in Ohio at UC's residence around 3:00 pm. Affiant asked Isidro LARA-SOSA to prove he was really traveling this time and Isidro LARA-SOSA transmitted several images that depicted a GPS on a cellphone and of the inside of a vehicle and its windshield, while driving on a highway. Isidro LARA-SOSA asked for an address so affiant gave an address of a church located in the Northern District of Ohio, Eastern Division, for Isidro LARA-SOSA to meet UC at. Isidro LARA-SOSA stated "I want you to be naked when you open the door for me. How is your pussy feeling?" as well as "My dick is really hard right now" and "I can't wait to fuck you." Affiant asked Isidro LARA-SOSA what kind of car she should look for and Isidro LARA-SOSA stated he was driving a black vehicle. Isidro LARA-SOSA asked what the address and color of the UC's house was and affiant told Isidro LARA-SOSA to park near the back of the church by the field and picnic tables. Isidro LARA-SOSA then stated that he was close but had to stop at a gas station to purchase condoms. UC asked Isidro LARA-SOSA if he would also purchase a Monster energy drink for her. On or about March 16, 2018 at approximately 2:48 pm, Isidro LARA-SOSA sent a message to UC saying, "Can you see me now?"

12. On or about March 16, 2018, at approximately 2:45 pm, affiant and other law enforcement officers involved with the OH ICAC, were conducting surveillance at the meet location in the Northern District of Ohio, Eastern Division. At approximately 2:45 pm, affiant observed a black Honda Civic sedan enter the parking lot, with one male occupant, and observed the vehicle drive to the back of the parking lot towards the field and picnic tables. Once affiant received the message from Isidro LARA-SOSA asking if she could see him, affiant and other law enforcement officers took Isidro LARA-SOSA into custody.

13. On March 16, 2018, at approximately 3:00 pm, Isidro LARA-SOSA agreed to a voluntary interview. During the voluntary interview, affiant and Investigator Justin Rotili with OH ICAC were present and the interview was audio and video recorded. Isidro LARA-SOSA was read his Miranda Rights, stated he understood his rights, and agreed to a voluntary statement without a lawyer present. Isidro LARA-SOSA stated he had driven from Seymour, Indiana to the church in the Northern District of Ohio, Eastern Division, to meet a friend. At the start of the interview, Isidro LARA-SOSA was not forthcoming but then admitted that he knew he was in trouble and had ruined his life. Isidro LARA-SOSA confirmed a DOB of XX/XX/1985, an address located in Seymour, Indiana, and a cellphone number of (812) 521-5513. Isidro LARA-SOSA stated that he did not have a Social Security Number (SSN) or Driver's License because he was in the United States, illegally. Isidro LARA-SOSA stated that he had a Mexican identification card located in his wallet and had resided in the United States since 2003. Isidro LARA-SOSA admitted that he had been communicating with who he believed to be a 14-year-old female child for approximately one (1) year using Facebook.com. Isidro LARA-SOSA admitted that he had talked with the female child in a sexual manner and had sent numerous images and videos the depicted his erect penis. Isidro LARA-SOSA verified the Facebook account was his as well as all the messages to the 14-year-old female child. When Isidro LARA-SOSA was taken into custody, a box of condoms, a Monster energy drink, and a black cellular device were all located on the front passenger seat of the vehicle. Isidro LARA-SOSA stated that he was going through a hard time in his life, was depressed, and was getting a divorce from his wife. Isidro LARA-SOSA stated that he had lived with his wife in Columbus, Indiana, until a month prior and then had moved in with his father and brother, located in Seymour, Indiana. Isidro LARA-SOSA stated that his cellphone was passcode protected and that he used his phone

6

to access the internet and communicate with others, including the 14-year-old female child he was coming to meet and engage in sexual activity with. Isidro LARA-SOSA stated that he communicated on mobile applications SnapChat, WhatsApp, Kik, and Facebook and stated that he had owned the cellular phone for approximately two (2) years. Isidro LARA-SOSA also stated he owned a HP laptop, located at his current residence, which had Facebook and Peer to Peer software installed on it. Isidro LARA-SOSA stated that he downloaded movies using Peer to Peer software but was not specific in what movies he downloaded. When asked if he was communicating with other children online, Isidro LARA-SOSA stated that he had talked to one other minor female child that was a friend of the 14-year-old female child he had traveled to meet. Isidro LARA-SOSA indicated that he had a 10-year-old son that he frequently had in his custody. Isidro LARA-SOSA also stated that he was on probation due to an Identity Theft charge approximately one (1) year prior and one of his probation conditions was that he was not allowed to leave the state of Indiana. Isidro LARA-SOSA stated that he knew the laws of the United States and knew it was against the law to engage in sexual activity with a minor as well as engage in sexually explicit communication with a minor. When asked if there would be any images or videos depicting files of child pornography located on his cellular phone, Isidro LARA-SOSA said there shouldn't be. Isidro LARA-SOSA stated that he knew it was against the law to possess nude images depicting anyone under the age of 18. Isidro LARA-SOSA agreed to give law enforcement officers, consent to search his cellular device without a search warrant. Isidro LARA-SOSA read the consent form and stated he fully understood what the form stated before signing the form. Near the end of the interview, Isidro LARA-SOSA kept repeating that he did not care what happened to him and that he was very depressed and couldn't explain why he had been communicating with young female children or disseminating images and videos of

his genitals. The voluntary interview was concluded and Isidro LARA-SOSA was transported to Cuyahoga County Jail without incident.

14. From April 2017 to June 2017, affiant conducted several social media, public records, and law enforcement records queries to identify Isidro LARA-SOSA. Affiant was also in contact with members of the IN ICAC. Affiant learned that Isidro LARA-SOSA lived in Seymour, Indiana, and had been involved with a case involving Identity Theft because Isidro LARA-SOSA used his brother's SSN. Indiana ICAC was able to give affiant arrest info and mug shots from Isidro LARA-SOSA's arrest. The mugshots provided by Indiana ICAC and the images on the Facebook profile for "Isidro Lara," matched.

## CONCLUSION

15. Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that ISIDRO LARA-SOSA has violated Title 18, U.S.C. § 2422(b).

Miranda Helmick
Task Force Officer
Homeland Security Investigations

This Affidavit was sworn to by Affiant by telephone after a .pdf was transmitted by email, per Crim. R. 4.1, this 21st day of March, 2018.

_____ 03-21-18
JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE